Exhibit B

## NOTICE TO QUIT (END) POSSESSION

TO:   **BARBARA SIMONE and HENRY SIMONE**


I/We hereby **terminate** your <u>written</u> **"LEASE AGREEMENT"**, rental agreement, agreement, **"Lease"**, written or oral lease and/or tenancy, **and** give you **NOTICE** that you are to, and/or **must**, **move out, vacate or quit (end) possession or occupancy** of the land, lot, (single family) house, building(s), grounds, improvement(s), real property, rental property, property, leased premises, private residence, dwelling and/or **Premises now occupied by you** at <u>22 PISCITELLO DR A/K/A 22 PISCITELLO DRIVE</u>, in the Town or City of <u>Branford</u>, County of <u>New Haven</u> and State of <u>Connecticut</u>, **together with** any and/or all improvement(s) thereon and/or appurtenance(s) thereto, **including, but not necessarily limited to,** porch(es), wood/wooden/composite/other type of deck(s), pool(s), spa(s)/hot tub(s), garage(s), garage bay(s), carport(s), driveway(s), walkway(s), shed(s), patio(s), (assigned, non-assigned and/or designated) basement/attic/storage/utility/parking/other cubicle(s), area(s), spot(s) and/or space(s), **if any, (hereinafter** individually and/or collectively referred to as **"Premises")**, on **or** before **November 22, 2019, for the following reason(s):**


(1)   TERMINATION OF "LEASE AGREEMENT", RENTAL AGREEMENT, AGREEMENT, "LEASE", WRITTEN OR ORAL LEASE AND/OR TENANCY DUE TO <u>NONPAYMENT OF "RENT" OR MONTHLY RENT</u>.


(2)   TERMINATION OF "LEASE AGREEMENT", RENTAL AGREEMENT, AGREEMENT, "LEASE", WRITTEN OR ORAL LEASE AND/OR TENANCY DUE TO <u>NON-PAYMENT OF "RENT" OR RENTAL PAYMENT(S)</u>.

(3)   TERMINATION OF "LEASE AGREEMENT", RENTAL AGREEMENT, AGREEMENT, "LEASE", WRITTEN OR ORAL LEASE AND/OR TENANCY DUE TO NON-PAYMENT  OR NONPAYMENT OF "RENT", MONTHLY RENT OR RENTAL PAYMENT(S).

(4)   TERMINATION OF "LEASE AGREEMENT", RENTAL AGREEMENT, AGREEMENT, "LEASE", WRITTEN OR ORAL LEASE AND/OR TENANCY DUE TO NON-PAYMENT/NONPAYMENT OF "RENT", IN THE AMOUNT OR SUM OF $1,968.00 PER MONTH.

(5)   TERMINATION OF "LEASE AGREEMENT", RENTAL AGREEMENT, AGREEMENT, "LEASE", WRITTEN OR ORAL LEASE AND/OR TENANCY BY REASON OF ANY EXPRESSED STIPULATION THEREIN.

(6)   OCCUPANCY OF THE PREMISES BY ONE WHO ORIGINALLY HAD THE RIGHT OR PRIVILEGE TO OCCUPY SUCH PREMISES, BUT SUCH RIGHT OR PRIVILEGE HAS TERMINATED.

**Any payments tendered after the date specified to quit (end) possession or occupancy**, or the date of the completion of the **pretermination process** if that is later, **will be accepted for** USE AND OCCUPANCY ONLY AND NOT FOR RENT, **with full reservation of all rights to continue with the** Summary Process **(EVICTION) action/case.**

If you do **not** move out, vacate and/or otherwise quit (end) possession or occupancy of the land, lot, (single family) house, building(s), grounds, improvement(s), real property, rental property, property, leased premises, private residence, dwelling and/or **Premises by the date stated/indicated above**, or the date of the completion of the pretermination process if that is later, an **eviction (i.e. SUMMARY PROCESS ACTION/CASE) shall** be started, instituted and/or otherwise commenced against you.

In the event that judicial proceedings for your **eviction (i.e. SUMMARY PROCESS ACTION/CASE)** is/are started, instituted and/or commenced against you, you will be entitled to present any **defense** that you may have, **if any**, under the **laws of the State of Connecticut**.

Dated at <u>West Hartford, Connecticut</u>, this <u>12th</u> day of <u>November, 2019</u>.

**WRI PM as Agent for US BANK Trust NA,**
**LSF9 Master Participation Trust,**
**U.S. Bank Trust, N.A., as Trustee for**
**LSF9 Master Participation Trust,**
**U.S. Bank Trust, N.A., as Trustee for**
**LSF8 Master Participation Trust a/k/a**

**US BANK TRUST NA As Trustee for LSF8 Master Participation Trust and/or WRI Property Management, LLC a/k/a WRI a/k/a WRIPM a/k/a WRI Property Management a/k/a WRI PM**

Owner(s)/Landlord(s)/Lessor(s)/Agent(s)/(Property) Manager(s)

By

MARSHALL D. GLAZER, Its/Their Attorney
P.O. Box 330407
West Hartford, CT 06133-0407
Tel. No. (860) 561-1557
Juris No. 102588

**Then I made due legal service** of the foregoing **NOTICE** by leaving a true and attested copy **with / at the usual place of abode** of <u>each</u> of the within named lessee(s), tenant(s) and/or occupant(s)

at                                                    in the Town or City of

**Branford, Connecticut** on                                    , <u>2019</u>.

**FEE: $**                    **Attest:** _____